DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| Plaintiff, | ) <u>ONE COUNT</u>: |
| vs. | ) EMBEZZLEMENT OF POSTAL FUNDS |
| LORRAINE PATSEY TRITT, | )     Violation of 18 U.S.C. § 1711 |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges that:

Between about the 2nd day of March, 2004, and the 14th day of June, 2005,

at or near Arctic Village, in the District of Alaska, Lorraine Patsey Tritt, being then and

there a Postal Service employee, that is, a postmaster leave replacement, did unlawfully embezzle and convert to her own use money and property coming into her hands and under her control in the execution of her office and employment, all in violation of Title 18, United States Code, § 1711.

DATED this 6th day of March, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov