AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

LORRAINE PATSEY TRITT

**SUPPLEMENTAL SUMMONS IN A CRIMINAL CASE**

Case Number: 4:06-cr-00015-TWH

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | 326 |
| Before: TERRANCE W HALL | Date and Time<br>July 6, 2006 at 9:00 a.m. |

To answer a(n)
[] Indictment  [X] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 1711

Brief description of offense:
POSTAL EMBEZZLEMENT
***DEFENDANT MAY APPEAR BY TELEPHONE, CONTACT THE FEDERAL PUBLIC DEFENDERS OFFICE FOR INSTRUCTIONS***

Ida Romack, Clerk of Court
Signature of Issuing Officer

*REDACTED SIGNATURE*, Clerk
Name and Title of Issuing Officer

May 4, 2006 Fairbanks, Alaska
Date and Location

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date 5-31-06

Check one box below to indicate appropriate method of service

☒ Served ~~personally~~ by certified mail upon the defendant at: Artic Village. See Attached signature.

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 6-6-06          Randy Johnson
            Date              Name of United States Marshal

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Lorraine P. Tritt

99753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lorraine Tritt     ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)

S Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509