M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORRAINE PATSEY TRITT,<br><br>Defendant. | Case No. 4:06-CR-0015-TWH<br><br>**UNOPPOSED MOTION FOR DEFENDANT TO APPEAR TELEPHONICALLY AT MISDEMEANOR ARRAIGNMENT** |

Defendant, Lorraine Patsey Tritt, by and through counsel M. J. Haden, Friend of the Court, moves this court on shortened time to proceed with Ms. Tritt's arraignment in the above-captioned matter without the defendant's physical presence, but with her telephonic appearance.

Ms. Tritt resides in Arctic Village, Alaska. Travel from Arctic Village to Fairbanks requires at least one overnight stay. At the current time, Ms. Tritt is indigent and cannot afford to purchase transportation from Arctic Village to Fairbanks. In order to conserve economic resources, Ms. Tritt requests that she be allowed to appear telephonically for the misdemeanor arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure. Assistant United States Attorney Stephen Cooper is unopposed to this motion. Ms. Tritt has been sent a consent to appear telephonically, which will be filed with the court upon its return to the Office of the Federal Public Defender.

DATED this 5th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden