UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LORRAINE PATSEY TRITT,<br><br>　　　　　Defendant. | Case No. 4:06-CR-0015-TWH<br><br>**PROPOSED<br>ORDER GRANTING<br>TELEPHONIC PARTICIPATION** |

　　　　After due consideration of defendant's Motion for Defendant to Appear Telephonically at her arraignment, the court GRANTS the motion.  Ms. Tritt may appear telephonically at the hearing set for July 6, 2006, at 9:30 a.m., by calling (907) _____.

　　　　DATED _____, 2006, in Fairbanks, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge