M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LORRAINE PATSEY TRITT,<br><br>　　　　　　Defendant. | Case No. 4:06-CR-0015-TWH<br><br>**NOTICE OF INTENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

　　　　Defendant, Lorraine Patsey Tritt, by and through counsel M. J. Haden, Friend of the Court, hereby notifies the court of her intent to proceed before a United States Magistrate Judge in the above-styled case.  Ms. Tritt is in the process of executing the written waiver giving up her right to trial, judgement, and sentencing before a United States District Court Judge and consenting to proceed before a United States Magistrate Judge.  The deadline for filing said document is July 13, 2006.  Ms. Tritt would like to make the court aware of her desire to proceed before the Magistrate Judge.  Because of complications in exchanging documents due to the fact that Ms. Tritt resides in Arctic

Village, Alaska, Ms. Tritt asks that the court accept this filing has her intent to consent.

Undersigned counsel will file the signed form as soon as it is received.

DATED this 12th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden