M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>LORRAINE PATSEY TRITT,<br><br>          Defendant. | Case No. 4:06-CR-0015-TWH<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

   Defendant, Lorraine Patsey Tritt, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of her intent to change her plea in the above-styled matter.  There is no written plea agreement in this case.

   Ms. Tritt resides in Arctic Village, Alaska, and will have to travel to Fairbanks for the change of plea and sentencing at public expense.  To reduce expenses, Ms. Tritt proposes that her change of plea hearing be combined with the sentencing so that she will only have to travel to Fairbanks once to resolve this matter.  Towards that end, Ms. Tritt is in the process of signing an authorization for preparation of a pre-plea presentence report.

Ms. Tritt requests that the court vacate the current trail date and set a date for the combined change of plea and sentencing hearing approximately 72 days from now at a time convenient to the court and the parties.

Undersigned counsel has contacted Assistant United States Attorney Stephen Cooper regarding this request. He has indicated that he is unopposed.

DATED this 24th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden