M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LORRAINE PATSEY TRITT,<br><br>　　　　　　　　Defendant. | Case No. 4:06-cr-0015-TWH<br><br>**UNOPPOSED MOTION FOR NON-CUSTODIAL TRANSPORTATION FROM ARCTIC VILLAGE, ALASKA, TO FAIRBANKS, ALASKA**<br>(Filed on Shortened Time) |

　　　　Defendant, Lorraine Patsey Tritt, by and through counsel, M. J. Haden, Assistant Federal Defender, hereby requests an order for non-custodial transportation from her home in Arctic Village, Alaska, to Fairbanks, Alaska, for her change of plea/sentencing hearing scheduled for November 16, 2006, at 9:30 a.m.  Counsel for defendant requests an order directing the United States Marshals Service to provide non-custodial transportation for defendant on or before November 16, 2006.

　　　　Assistant United States Attorney Stephen Cooper is unopposed to this motion.  This motion is made pursuant to 18 U.S.C. § 4285, and is based on the attached affidavit.

DATED this 3rd day of November, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on November 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden