UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LORRAINE PATSEY TRITT,<br><br>        Defendant. | Case No. 4:06-cr-0015-TWH<br><br>**PROPOSED<br>ORDER FOR NON-CUSTODIAL<br>TRANSPORTATION** |

After due consideration, defendant's motion on shortened time is hereby GRANTED.

After due consideration of the Motion for Non-custodial Transportation from ARCTIC VILLAGE, ALASKA, to FAIRBANKS, ALASKA, for Ms. Tritt's Change of Plea/Sentencing Hearing, this court hereby GRANTS the motion for transportation.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide transportation to defendant LORRAINE PATSY TRITT from ARCTIC VILLAGE, ALASKA, to FAIRBANKS, ALASKA, for her change of plea/sentencing hearing on November 16, 2006, at 9:30 a.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge