M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:06-cr-0015-TWH |
| vs. | **AFFIDAVIT OF COUNSEL** |
| LORRAINE PATSEY TRITT, | |
| Defendant. | |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

M. J. Haden, being first duly sworn upon oath, deposes and states:

1.     I am the attorney in the above-captioned case.

2.     The following facts are based on my prior conversations with Ms. Tritt, her presentence report, and her financial affidavit.

3.     Ms. Tritt currently is unemployed.  She has been unemployed since October 2005.

4.    Ms. Tritt lives in Arctic Village, Alaska, with her four children.  She is a single parent.

5.    Ms. Tritt reports the following assets:

- Saving Account, $5
- Doyon Stock, 7 shares
- 2000 Arctic Cat snowmachine
- Monthly Welfare from Tanana Chiefs Conference, $1,100
- Monthly food stamps, $900

6.    Ms. Tritt reports the following debts:

- Midnight Sun Native Store, $700
- Sam's Club, $500
- A.V. Electric, $500
- Wright's Air Service, $200
- Towncraft, Inc., 2,795
- GE Capital, $508
- Medical Payment Data, $1,350
- Arctic Circle Air Service, $673

7.    Ms. Tritt reports that she is financially unable to pay for her transportation from Arctic Village to Fairbanks.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

M. J. Haden

SUBSCRIBED AND SWORN to before me this 3rd day of November, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Notary Public in and for Alaska
My Commission Expires: 3/14/2007

Certification:

I certify that on November 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden