NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-015 (TWH) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S SENTENCING** |
| vs. | ) | **STATEMENT** |
| | ) | |
| LORRAINE PATSY TRITT, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, the United States of America, and offers the following points regarding sentencing, which is now set for November 16, 2006.

Plaintiff concurs in the Presentence Report, with a few exceptions in the area of restitution as explained below.

Plaintiff will not offer witnesses or evidence unless required in light of matters arising at the hearing.

WHEREFORE, sentence should be entered accordingly.

RESPECTFULLY SUBMITTED this 9th day of November, 2006, at Fairbanks, Alaska.

          NELSON P. COHEN
          United States Attorney

          /s/ STEPHEN COOPER
          Assistant United States Attorney
          Federal Building & U.S. Courthouse
          101 12th Avenue, Room 310
          Fairbanks, Alaska 99701
          Phone: (907) 456-0245
          Fax: (907) 456-0577
          E-mail: stephen.cooper@usdoj.gov
          AK #6911028

**DECLARATION**
I declare under penalty of perjury that a true and correct copy of the foregoing **PLAINTIFF'S SENTENCING STATEMENT** was sent to the following counsel of record on November  9 , 2006, via electronic filing notice:

M. J. Haden, Federal Public Defender
Anchorage, Alaska

 /s/ Stephen Cooper
Office of the United States Attorney