UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORRAINE PATSEY TRITT,<br><br>Defendant. | Case No. 4:06-cr-0015-TWH<br><br>**PROPOSED<br>ORDER FOR NON-CUSTODIAL<br>TRANSPORTATION** |

After due consideration of defendant's oral Motion for Non-custodial Transportation from FAIRBANKS, ALASKA, to ARCTIC VILLAGE, ALASKA, following Ms. Tritt's Change of Plea/Sentencing Hearing, this court hereby GRANTS the motion for transportation.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide transportation to defendant LORRAINE PATSY TRITT from FAIRBANKS, ALASKA, to ARCTIC VILLAGE, ALASKA, following her change of plea/sentencing hearing on November 16, 2006, at 9:30 a.m.

DATED 16 Nov , 2006, in Anchorage, Alaska.



( REDACTED SIGNATURE

United States Magistrate Judge