```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. LORRAINE PATSY TRITT   CASE NO. 4:06-CR-00015-TWH
Defendant: X Present (telephonically)

BEFORE THE HONORABLE          TERRANCE W. HALL

DEPUTY CLERK/RECORDER:        CATHRINE CONKLIN

UNITED STATES ATTORNEY:       STEPHEN COOPER

DEFENDANT'S ATTORNEY:         M.J. HADEN

U.S.P.O.:                     MARCI LUNDGREN

PROCEEDINGS: CHANGE OF PLEA/IMPOSITION OF SENTENCE
HELD: November 16, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:38 a.m. court convened.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant changed plea to guilty on Count 1 of the Information.

X Court accepted plea.

X Sentence imposed as stated in the judgment.

At 10:07 a.m. court adjourned.


DATE: November 16, 2006   DEPUTY CLERK'S INITIALS:   cxc