# United States District Court
## for the
## District of Alaska

RECEIVED
APR 23 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lorraine Patsy Tritt                     Case Number: 4:06-cr-00015-TWH

Sentencing Judicial Officer:   Terrance W. Hall, U.S. Magistrate Judge

Date of Original Sentence:    November 16, 2006

Original Offense:             Embezzlement of Postal Funds in violation of 18 U.S.C. § 1711

Original Sentence:            Two years probation with mandatory, standard and special conditions; $848.64 in restitution and; $25 special assessment

Date Supervision Commenced: November 16, 2006

## PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.

## CAUSE

On November 16, 2006, the defendant was sentenced by the Honorable Terrance W. Hall, U.S. Magistrate Judge, for the conviction of Embezzlement of Postal Funds in violation of 18 U.S.C. § 1711. Following the defendants imposition of sentence, the defendant reported to the U.S. Probation Office as instructed and submitted a urinalysis which initially tested positive for cocaine and opiates. The defendant admitted to using cocaine and ingesting a prescription medication, Vicodin, that was prescribed to another individual. A chain of custody was completed and the urinalysis was mailed to Scientific Testing Laboratories, Inc., for secondary testing and confirmation. Results of the controlled

substance test returned from Scientific Testing Laboratories, Inc., showed a positive result for Cocaine, and Opiate derivatives, Hydrocodone and Hydromorphone. The defendant was verbally reprimanded, instructed to stop using illegal substances, and this officer explained to the defendant if she continued to use illegal substances, she may initiate adverse court action. The defendant was advised that any further travels to either Fairbanks or Anchorage, she was directed to contact this officer. The defendant was allowed to return to her residence in Arctic Village.

On April 10, 2007, the defendant reported to the U.S. Probation Office in Fairbanks and submitted a urine specimen, which initially tested positive for cocaine. A chain of custody was completed and the urine specimen submitted by the defendant was mailed to KROLL Laboratories, for secondary testing and confirmation. The specimen was "rejected for testing", "due to excessive leakage during shipment, arrived with insufficient urine for testing." This officer spoke with the defendant with regard to engaging in substance abuse treatment. After discussing availability of substance abuse program(s) in the Fairbanks area and the defendant's village of residence, the defendant had agreed to relocate to Fairbanks for a period of time and work towards her sobriety. The defendant stayed in Fairbanks for approximately 21 days, during which time the defendant attempted to engage in substance abuse treatment. However, due to the wait list and the defendant's responsibilities of her children, the defendant returned to Arctic Village.

In February 2008, the defendant contacted this officer and advised that the defendant had just been voted as Arctic Village Chief. It is requested that the modification be granted so that continued drug testing can be considered during the defendant's travels to Fairbanks and Anchorage. If any future drug tests register a positive reading, the modification would allow this officer to place the defendant in a substance abuse treatment program if deemed necessary. This will also allow the defendant to remain in the presence of her children and engaged in a lifestyle that is representative of a sober, model citizen of Arctic Village.

Respectfully submitted,

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: March 3, 2008

*Request for Modification of Conditions or Term*
*Lorraine Patsy Tritt*
*4:06-cr-00015-TWH*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[X]  The Modification of Conditions as Noted Above
[ ]  No Action
[ ]  Other:

**REDACTED SIGNATURE**

Terrance W. Hall
U.S. Magistrate Judge

Date: 23 Apr 2008

-3-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Lorraine Patsy Tritt**          Docket No.: 4:06-cr-00015-TWH

I, _Lorraine Patsy Tritt_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

In addition to submitting drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.

**REDACTED SIGNATURE**
Signed: _____          Date: 2-8-08
Lorraine Patsy Tritt
Probationer or Supervised Releasee

**REDACTED SIGNATURE**          Date: 2-12-2008
Toni M. Ostanik
U.S. Probation Officer